IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL DARREN COLLINS, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:18-CV-822-ALB
)
MIKE HENLINE, et al., )
)
    Defendants. )

## ORDER

On July 2, 2019, the Magistrate Judge entered a Recommendation (Doc. #30) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The defendants' motions to dismiss are GRANTED to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy available to him during his prior confinement at the Elmore County Jail before initiating this cause of action;

3. This case is dismissed with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy on his claims for relief within the time required by the grievance procedure previously available to him at the Elmore County Jail; and

4. Other than the filing fee assessed to the plaintiff in this case, no further costs are taxed.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 19th day of September 2019.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE